# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**ELMER AND ALEXA BUENTE**                                              **PLAINTIFFS**

**V.**                                **CIVIL ACTION NO. 1:05CV712 LTS-JMR**

**ALLSTATE INSURANCE COMPANY, ET AL.**                       **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day entered, it is

**ORDERED**

That Defendant Allstate Insurance Company's motion for judgment on the pleadings is hereby DENIED.

**SO ORDERED** this 24th day of March, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge